**UNITED STATES of America, Plaintiff—Appellee**

**v.**

**Jose Manuel HERRERA–DUAY also known as, Jose Manuel Herrero also known as, Jose Manuel Herrera also known as, Jose Herrero, Defendant—Appellant.**

**No. 06–50916.**

United States Court of Appeals, Fifth Circuit.

Dec. 27, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellee's unopposed motion to vacate sentence of district court is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand to district court for resentencing is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed alternative motion for extension time to file Appellee's brief thirty (30) days from Court's denial of Appellee's motion to vacate and remand is DENIED as moot.

242 (5th Cir.1996) (rejecting arguments identical to those raised by Gonzales).

\* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.